UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCHULETA,<br><br>    Petitioner,<br><br>    v.<br><br>R. C. JOHNSON,<br><br>    Respondent. | Case No. CV 19-04503 R (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: May 30, 2019

                                          MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE